# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Center for Biological Diversity <br> *Plaintiff(s)* <br> v. <br> U.S. Fish and Wildlife Service; Paul Souza, in his official capacity as Acting Director of the Service; and Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior <br> *Defendant(s)* | Civil Action No. 3:25-cv-01158-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Camila Cossio
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 07/03/2025

By: s/R. Schellinger, Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Center for Biological Diversity <br><br> *Plaintiff(s)* <br> v. <br> U.S. Fish and Wildlife Service; Paul Souza, in his official capacity as Acting Director of the Service; and Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior <br> *Defendant(s)* | Civil Action No. 3:25-cv-01158-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Souza, Acting Director
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Camila Cossio
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 07/03/2025

By: S/R. Schellinger, Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Center for Biological Diversity <br><br> *Plaintiff(s)* <br> v. <br> U.S. Fish and Wildlife Service; Paul Souza, in his official capacity as Acting Director of the Service; and Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-01158-YY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Doug Burgum, Secretary
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Camila Cossio
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, *Clerk of Court*

Date: 07/03/2025

By: /s/R. Schellinger, Deputy Clerk